Application GRANTED.  The initial pretrial conference, scheduled for May 21, 2020, is ADJOURNED to **July 23, 2020, at 10:40 a.m.**  The conference will remain telephonic.  The parties shall file the joint letter and proposed case management plan and scheduling order by July 16, 2020.

Dated: April 22, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

April 21, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **Makeba Screen v. Quality Protection Services, Inc., et al.,
            20 CV 2506 (LGS)**

Your Honor:

    I represent the Plaintiff. I write to respectfully request an adjournment of the Initial Conference currently scheduled for May 21, 2020 to July 24, 2020, or another date and time that is convenient for the Court.  The May 21st conference is currently scheduled to take place by telephone, and I respectfully request, should the Court grant this adjournment, that the Court order the conference to proceed by telephone on the adjourned-to date as well. This is the first such request for an adjournment by any party. I have not conferred with the Defendants regarding this request because they have not yet appeared in this case and are in the process of being served with the summons and complaint.  This request is necessary because I am a solo practitioner and due to give birth to my first child on May 20th and anticipate being unavailable for court conferences for 6-8 weeks following the delivery of my child. This requested extension will also give the parties a chance to meet and confer regarding the joint letter after the Defendants are served. I thank the Court for its time and consideration.

                Respectfully submitted,

                /s/
                _____
                Jessica Massimi, Esq.