UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                          :
MAKEBA SCREEN,                                            :
                                        Plaintiff,        :
                                                          :            20 Civ. 2506 (LGS)
                        -against-                         :
                                                          :                 ORDER
QUALITY PROTECTION SERVICES, INC., et  :
al.,                                                      :
                                        Defendants.  :
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for July 23, 2020;

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan; it is hereby

        **ORDERED** that the July 23, 2020, initial pretrial conference is **CANCELLED**.  If the

parties believe that a conference would nevertheless be useful, they should inform the court

immediately so the conference can be reinstated.  The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the

provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of

the final conference and setting of a trial date.  It is further

        **ORDERED** that, if Defendant seeks to file a motion to dismiss, it shall file a pre-motion

letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

        **ORDERED**, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: July 17, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE