UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MAKEBA SCREEN,                                              :
                                        Plaintiff,          :
                                                            :       20 Civ. 2506 (LGS)
            -against-                                       :
                                                            :       ORDER
QUALITY PROTECTION SERVICES, INC., et                       :
al.,                                                        :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 8, 2020, the Court issued an Order directing the Clerk of Court to sign the subpoenas attached to the Order (the "Subpoenas") and serve them on the New York City Fire Department and New York Department of Labor, respectively. Dkt. No. 44. It is hereby

**ORDERED** that the Clerk of Court is respectfully directed to transmit the signed Subpoenas to Defendants, who shall serve the respective Subpoenas on the New York City Fire Department and New York Department of Labor.

Dated: December 18, 2020
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**